IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03008-LTB

PETER E. GOMEZ,

    Applicant,

v.

JOHN DAVIS, B.V.M.C.,
TOM CLEMENTS, Executive Director DOC, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 29 day of November, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ M.J. Garcia
                      Deputy Clerk